1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.  19-cv-01231-JSW |
| 8  Plaintiff, | **ORDER DENYING MOTION FOR PERMANENT INJUNCTION** |
| 9  v. | Re: Dkt. No. 39 |
| 10 | |
| 11  FIDELITY HOME ENERGY, INC., | |
|     Defendant. | |

12

13          On August 7, 2019, Michael Buesgens a/k/a Nevada Smith ("Movant") filed a document

14   captioned "Michael Buesgens AKA Nevada Smith Qui Tam Whistleblower, Former IRS

15   Employee, the Public Requests Permanent Injunction Enjoining James L. Lee, EEOC Deputy

16   Counsel."  Movant asks this Court to permanently enjoin Mr. Lee from "filing suit against private

17   sector employees until he agrees to full disclosure of settlements and their terms and proceeds to

18   the public that employs him, in every private sector and federal sector litigation."  (Mot. at 1, ¶ 1.)

19   Movant also asks the Court to order Mr. Lee to "provide record of his good faith effort

20   conciliation" with the Defendant.  (*Id.,* ¶ 2.)  Movant is not a party to this case, and he has not

21   shown grounds to intervene under the Federal Rules of Civil Procedure.  The Court DENIES the

22   motion.

23          **IT IS SO ORDERED.**

24   Dated: August 13, 2019

25   _____

26   JEFFREY S. WHITE
     United States District Judge

27

28

United States District Court
Northern District of California